UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIA DICKS, on behalf of herself
and all others similarly situated,

                 Plaintiff,

-v-

SHARKEY'S FRANCHISING CO., LLC,

                 Defendant.

22-CV-7214 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Acting Clerk of Court issued a certificate of default on August 30, 2024, confirming that Defendant Sharkey's Franchising Co., LLC, was served on November 22, 2022, but never filed an answer or other response in this Court.

    Plaintiff is directed to notify the Court whether she intends to move for default judgment, or if she has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by October 14, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge