UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| VICTORIA DICKS, on behalf of herself and all others similarly situated, | Case 1:22-cv-7214-JPO |
| Plaintiff, | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| v. | |
| Sharkey's Franchising Co., LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, VICTORIA DICKS, hereby move, at a date and time to be set by the Court, before the Honorable Judge J. Paul Oetken, at the Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 706, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum of Law in Support of the Motion for Default Judgment, Affirmation in Support of the Motion for Default Judgment, and the accompanying Exhibits.

Dated: October 14, 2024

Hicksville, New York

                                                    **MARS KHAIMOV LAW, PLLC**

                                                    By: */s/ Mars Khaimov*
                                                    Mars Khaimov, Esq.
                                                    mars@khaimovlaw.com
                                                    100 Duffy Ave., Suite 510
                                                    Hicksville, New York 11801
                                                    Tel: (929) 324-0717
                                                    *Attorneys for Plaintiff*